# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLINTON HAYDEN,** | : | |
| Petitioner | : | CRIMINAL ACTION NO. 3:15-294 |
| v. | : | (JUDGE MANNION) |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Hayden's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, **(Doc. 49)**, is **DENIED**.

2. The government's motion to quash Hayden's subpoena, **(Doc. 58)**, is **GRANTED**, and Hayden's subpoena, **(Doc. 57, Ex. B)**, is construed as a Rule 6(a) motion for discovery.

3. Hayden's motion for discovery and Hayden's motion to stay the case for discovery, **(Doc. 57)**, are **DENIED**.

4. Hayden's motion to remove his counsel and to proceed *pro se*, and for a 60-day extension of time to amend his §2255 motion and to file a second traverse, **(Doc. 62)**, is **DENIED**.

5. Hayden is not entitled to an evidentiary hearing.

**6.** There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 18, 2020**
15-294-01-ORDER.wpd